DISMISS; Opinion issued October 10, 2012



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

No. 05-11-00862-CV

DON BRODEN, Appellant

V.

JP MORGAN CHASE BANK, NA, Appellee

On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-11-02250-B

# MEMORANDUM OPINION

Before Justices Morris, Francis, and Murphy
Opinion By Justice Francis

The Court has informed appellant that the brief he filed failed to comply with the requirements of appellate rule 38.1. *See* TEX. R. APP. P. 38.1. On September 14, 2012, we directed him to file a brief that complied with the rule within ten days. *Id.* We cautioned appellant that if he failed to file an amended brief as directed, his appeal would be dismissed without further notice. As of today's date, appellant has not filed an amended brief. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 38.8(a)(1) & 42.3(b) & (c).

MOLLY FRANCIS
JUSTICE

110862F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

DON BRODEN, Appellant

No. 05-11-00862-CV          V.

JP MORGAN CHASE BANK, NA, Appellee

Appeal from the County Court at Law No. 2 of Dallas County, Texas. (Tr.Ct.No. CC-11-02250-B).
Opinion delivered by Justice Francis, Justices Morris and Murphy participating.


In accordance with this Court's opinion of this date, this appeal is **DISMISSED**. It is **ORDERED** that appellee JP Morgan Chase Bank, NA recover its costs of this appeal from appellant Don Broden.

Judgment entered October 10, 2012.


MOLLY FRANCIS
JUSTICE